UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Kustermann

              Plaintiff,                              **ORDER**

v.                                                       Civil 10-4521 PAM/JSM

Correctional Transition Services Inc.

              Defendant.

---

    The proceedings in the above matter have been stayed pending the disposition of Bankruptcy proceedings in another court.

    Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate the action in his record, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.


Dated: April 7, 2010

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson, Judge
                                                         United States District Court